


**U. S. DISTRICT COURT**
**DALLAS, TEXAS**

| | | |
|---|---|---|
| **DANIEL TILLI,**<br>**Plaintiff** | ) | |
| **vs.** | ) | **CIVIL** |
| **EXXON-MOBIL OIL CORPORATION/**<br>**LEE RAYMOND, CEO,**<br>**Defendants** | ) | |

## COMPLAINT

Above Plaintiff, **DANIEL TILLI,** files a Consumer Civil Action against Exxon-Mobil Oil Corporation of Dallas, Texas and its Chairman, Lee Raymond.

That for over a year said Defendants did willfully, with malice and illegally raised their price of gas and oil to excess profits for personal gains. That seniors and others suffer to pay high heating and travel expense which Plaintiff is one who had his rent raised, must pay higher cost of public transportation and uses friend's cars, and must pay higher gasoline prices on his retirement pension.

This identifies a sufficient injury in fact and it is now a case of controversy, genuine in nature, as even Congress has ordered hearings and calls them **oil bandits**.

In three months of 2005 alone, Defendants made $8 billion dollars clear profit by this excess increase of their products. This illegal act of Defendants violates the Consumer Protection Act and the Interstate Commerce Act as more than one state is paying their high prices for oil and gas.

As the Defendant oil corporation is the giant and the smaller oil corporations also followed with the raise of their products for personal gains.

This Court has jurisdiction under Title 28 1391 C -- --1343 - 2

**WHEREFORE** for the price gouging, price fixing and violations and disregard for the health and safety of others, Plaintiff is entitled to and demands relief in the sum of One Million Dollars actual damage and Three Million punitive Damages from Defendants.

**DATE:** 11/27/05

Daniel Tilli **Pro Se**

**DANIEL TILLI**

1102 Eaton 409
Bethlehem PA 18018
610 758 8803


1102 Eaton 609
Bethlehem PA
18018
FIRST CLASS
UNITED STATES POSTAL SERVICE
AMOUNT
$1.06
U.S. POSTAGE
PAID
BETHLEHEM, PA
NOV 25 '05
U.S. District Court
Clerk's Office U.S. Courthouse
Northern District
Dallas, Texas 752
75202
DEC - 2 2005
CT COURT
ICT OF TEXAS