U.S. DISTRICT COURT
Northern District of Texas

Daniel Tilli
V
Exxon/Mobil
et al

D C
No 3:05 2409
CA-06-11206

Clerk

The above case has been Docketed in US Court of Appeals 5th Circuit New Orleans Louisiana - Therefore it is the Duty of this Clerk of District Court to Transmit the record on Appeal to the Appeals Court - Rule 11-b - Above Tilli Demands it be Done at once — — —

11/16/06

Daniel Tilli
Pro Se
1101 Gates 409
Beth Pa 18018